UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-55-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN DAVID CASTRO,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant Juan Castro's *pro se* Motion, filed July 19, 2006 (docket #42), requesting that any sentence that may be ordered as a result of revocation of his probation run concurrently with the four-year sentence he is currently serving at the Fremont Correctional Facility. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett,* 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Patrick J. Burke. Consequently, the Court will not consider a motion that the Defendant has filed *pro se*. Accordingly it is

    ORDERED that Defendant's *pro se* Motion, filed July 19, 2006 (docket #42), is **STRICKEN**.

    Dated: July 27, 2006

                                          BY THE COURT:
                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge