IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-00055-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JUAN DAVID CASTRO,

        Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for a hearing on Motion to Dismiss Petition for Revocation of Supervised Release before the United States District Court for the District of Colorado, on the 1st day of September, 2006 at 11:30 a.m.  The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Juan David Castro (No.130261) is now in the custody of the Colorado Department of Corrections, Fremont Corrections Facility, before the Honorable United States District Judge Wiley Y. Daniel, sitting at Denver, Colorado, on the 1st day of September, 2006 at 11:30 a.m., and from day to day thereafter, for a hearing on Motion to Dismiss Petition for Revocation of Supervised Release in the United States District Court for the

District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined, under safe and secure conduct, and have then and there this Writ.

    Dated:  August 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge